UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| RICHARD BENJAMIN CORSER | § | |
| | § | |
| Petitioner | § | |
| VS. | § | CIVIL ACTION NO. C-09-350 |
| | § | |
| UNITED STATES OF AMERICA | § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

On September 13, 2010, United States Magistrate Judge B. Janice Ellington signed a Memorandum and Recommendation recommending that respondent's motion to dismiss (D.E. 12) be granted and the petition for writ of habeas corpus be dismissed as moot. On November 3, 2010, petitioner filed Objections to the Magistrate's Recommendations.

Having reviewed the findings of fact and conclusions of law therein, as well as the pleadings on file and petitioner's objections, and having made a *de novo* disposition of those portions of the Magistrate Judge's recommended disposition to which objections were raised, *see Koetting v. Thompson*, 995 F.2d 37 (5th Cir. 1993), 28 U.S.C. § 636(b)(1)(C); Fed.R.Civ.P.72(b), the Court hereby adopts as its own the findings and conclusions of the Magistrate Judge.

Accordingly, it is ORDERED that respondent's motion to dismiss is granted and the petition for writ of habeas corpus is dismissed as moot.

The clerk shall enter this order and provide a copy to all parties.

SIGNED and ORDERED this 10th day of November, 2010.

_____
Janis Graham Jack
United States District Judge